AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRANDON GANDY | ) | Case No.  21-mj-00035-SKC |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 9, 2020  in the county of  El Paso  in the State and District of  Colorado , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251(a) and (e) | Production of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/ Emilie Barnett
*Complainant's signature*

Emilie Barnett, HSI Task Force Officer
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☑ submitted, attested to, and acknowledged by reliable electronic means.

Date:  03/04/2021

*Judge's signature*

City and state:  Denver, CO

Magistrate Judge S. Kato Crews
*Printed name and title*