AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2021 MAR 11 AM 11:30
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRANDON GANDY | ) | Case No. 21-mj-00035-SKC |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BRANDON GANDY,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Production of Child Pornography, Title 18, United States Code, Section 2251(a) and (e)

Date: 03/04/2021

*Issuing officer's signature*

City and state:   Denver, CO

Magistrate Judge S. Kato Crews
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 03/05/2021, and the person was arrested on *(date)* 03/05/2021 at *(city and state)* COLORADO SPRINGS, CO. |
| Date: 03/05/2021 |
| *Arresting officer's signature* |
| DETECTIVE/TFO EMILIE BARNETT |
| *Printed name and title* |